UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-25244-GAYLES/OTAZO-REYES

EMILY CHEN,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a
Bermuda company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____ /

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Plaintiff, EMILY CHEN by and through undersigned counsel hereby serves her Expert Witness Disclosure and discloses the following expert witness in this matter:

1. Karl Lederer
   Zimmerman Associates of Florida
   353 Window Rock Drive
   Wellington, FL 33414
   Tel: 561-791-4884
   Fax: 561-791-3093

   Mr. Lederer is a state licensed professional engineer, a state licensed building inspector, a state licensed general contractor, a Florida licensed building inspector, Florida Certified General Contractor, and is an expert in Facility Design, Structural Design Building Construction, Building Construction Activities, Building Code Regulation and Compliance. Mr. Lederer provides research and consultation in the areas of the evaluation of the safety of walkway surfaces, including construction, design, and development, as applied to building code compliance, industry standards, and other construction regulations and maintenance of premises and various floor and other walkway surfaces.

   Mr. Lederer consults on the safety of walkway surfaces, including design and maintenance, construction, design, permitting, and other safety processes, and provides expert opinions with respect to the preservation of public safety, through the proper application of best management practices, design principles, building codes, regulations, and ordinances.

Mr. Lederer will provide testimony on engineering and liability issues in this case including the safety of the floor and change in the elevation of the floor surface from carpet to wood and of the surface where the Plaintiff tripped and fell, along with testing and causation.

Mr. Lederer will base his opinions on his knowledge, education, training and experience, industry standards, best practices, and his inspection of the subject areas, and review of case related materials. A copy of Mr. Lederer's expert report, curriculum vitae, and fee schedule is attached hereto.

2. Dr. Patrick N. Bays
   CurPoint Orthopedic
   140 4th Ave. N
   Suite 170
   Seattle, WA 98109

Dr. Bays is a board-certified doctor specializing in orthopedic medicine. Dr. Bays' opinions will include a detailed explanation of the nature and extent of the Plaintiff's injuries sustained in this case, including Plaintiff's current medical symptoms, past and future medical and surgical care and treatment, diagnosis, prognosis, permanent nature, disability, impairment, and injury causation as a result of the injuries Plaintiff sustained in this case and as explained in his attached report. Dr. Bays will testify that the injuries sustained by Mrs. Chen were proximately caused by her fall onboard the Norwegian's Jewel on December 20, 2018.

Dr. Bays will also offer opinions as to the reasonableness of the costs and necessity of the medical care and treatment that was performed on the Plaintiff and of future necessary medical or surgical care and treatment.

Dr. Bays' opinions are based upon the documented care and treatment of Plaintiff and review of the Plaintiff's medical records, including those created by doctors who treated Mrs. Chen along with the doctor's personal knowledge, education, training, and experience in the areas of orthopedics and orthopedic surgery. A copy of Dr. Bay's expert report, curriculum vitae, and fee schedule are attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all attorneys of record on the attached Service List on this November 1, 2021.

**s/*Nicholas I. Gerson*** 
NICHOLAS GERSON
Florida Bar No. 20899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.

1980 Coral Way
Miami, FL 33145-2624
Telephone:    (305) 371-6000
Facsimile:    (305) 371-5749
Attorneys for Plaintiff

## **SERVICE LIST**

### **CASE NO. 19-cv-25244-GAYLES/OTAZO-REYES**

| | |
|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz , Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>**Jared Ross, Esq.**<br>Florida Bar No. 83857<br>jross@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:    (305) 371-6000<br>Facsimile:    (305) 371-5749<br>*Attorneys for Plaintiff* | **Jeffrey E. Foreman, Esq.**<br>Florida Bar No.: 0240310<br>jforeman@fflegal.com<br>**Thomas A. Briggs, Esq.**<br>Florida Bar No.: 663034tbriggs@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555<br>Fax: 305-374-9077<br>*Counsel for Defendant* |

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 •Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905
www.injuryattorneyfla.com