UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 19-cv-25244-GAYLES/OTAZO-REYES

EMILY CHEN,

Plaintiff,

v.

NCL (BAHAMAS) LTD., a
Bermuda company d/b/a
NORWEGIAN CRUISE LINE,

Defendant.
_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTIONS**

Defendant, NCL (BAHAMAS) LTD. (hereinafter "Norwegian"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, hereby files its Motion for Leave to File its Dispositive Motions, including those regarding summary judgment and *Daubert*, and in support thereof, states as follows:

1. This is a maritime personal injury action wherein Plaintiff alleges that she suffered injuries while a passenger onboard the Norwegian *Jewel*. [D.E. 48].

2. Pursuant to Fed. R. Civ. P 16(b)(4), this Court may modify a scheduling order for good cause and with the judge's consent. Fed. R. Civ. P 16(b)(4). Pursuant to Fed. R. Civ. P. 6(b)(1)(A), this Court has the authority to grant the requested extension of time for good cause "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

3. Courts consider summary judgment to be "an integral part of the Federal Rules as a whole, which are designed to secure the just, speedy, and inexpensive determination of every action." *Ean*

*Properties, Inc. v. Chubb Custom Insurance Company*, 2018 WL 2276150 at *1 (S.D. Fla 2018) (*quoting Pace v. Capobianco*, 283 F.3d 1275, 1284 (11th Cir. 2002).

4. Pursuant to this Court's Second Amended Scheduling Order entered on September 9, 2021, dispositive motions, including those regarding summary judgment and *Daubert*, were to be filed by January 10, 2022. [D.E. 72].

5. Norwegian filed its Motion for Extension of Time to File Dispositive Motions on January 10, 2022 [D.E. 91], but this Court denied the motion without prejudice for failure to comply with S.D. Fla. L.R. 7.1(a)(3). [D.E. 92]. Norwegian filed its Amended Motion for Extension of Time to File Dispositive Motions on January 28, 2022. [D.E. 93]. Plaintiff filed its Response in Opposition to Norwegian's Amended Motion for Extension of Time to File Dispositive Motions on February 7, 2022. [D.E. 95]. Norwegian filed its Reply to Plaintiff's Response to Norwegian's Amended Motion for Extension of Time to File Dispositive Motions on February 11, 2022. [D.E. 102].

6. To date, this Court has not entered an order on Norwegian's Motion for Extension of Time to File Dispositive Motions. Norwegian's Motion for Extension of Time to File Dispositive Motions is still pending.

7. Norwegian files the instant motion for leave in an abundance of caution.

8. Norwegian believes that its Motion for Summary Judgment is dispositive and, if granted, would obviate the need for trial in this matter.[1]

9. Undersigned counsel submits that the relief requested will not modify, change or effect the May 9, 2022, trial date in this matter, unless its Motion for Summary Judgment is granted.

10. Norwegian's Motion for Summary Judgment has been filed on March 2, 2022. [D.E. 110].

---

[1] Norwegian's Motion for Summary Judgment is based in part on Plaintiff's failure to prove causation, which is predicated on Norwegian's Motion to Strike/*Daubert* Motion to Exclude Plaintiff's Expert, Karl F. Lederer.

11. Norwegian's Motion to Strike/*Daubert* Motion to Exclude Plaintiff's Expert, Karl F. Lederer has been filed on March 2, 2022. [D.E. 108]

12. Undersigned counsel further certifies that the requested motion for leave has been made in good faith and not for the purpose of undue delay.

13. For the reasons set forth above, Norwegian respectfully submits that there is good cause for the Court to grant Norwegian leave to file its Dispositive Motions, including its Motion for Summary Judgment and its Motion to Strike/*Daubert* Motion to Exclude Plaintiff's Expert, Karl F. Lederer.

WHEREFORE, Defendant, NCL (BAHAMAS) LTD., respectfully requests that this Court enter an Order granting Norwegian's Motion for Leave to File its Motion for Summary Judgment [D.E. 110] and its Motion to Strike/*Daubert* Motion to Exclude Plaintiff's Expert, Karl F. Lederer [D.E. 108].

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel hereby certifies that the parties conferred in good faith and that Plaintiff's counsel does not oppose the relief requested herein with regard to the filing of Norwegian's Motion to Strike/*Daubert* Motion to Exclude Plaintiff's Expert, Karl F. Lederer. However, Plaintiff's counsel opposes the relief requested herein with regard to the filing of Norwegian's Motion for Summary Judgment.

Dated: March 2, 2022
    Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

By: **/s/ Jacob M. Foreman**
Jeffrey E. Foreman, Esq. (FBN 0240310)
Jforeman@fflegal.com
Jacob M. Foreman, Esq. (FBN 1030896)

Jmforeman@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 358-6555
Fax: (305) 374-9077
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on March 2, 2022. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Jacob M. Foreman*
Jacob M. Foreman, Esq.

## SERVICE LIST
CASE NO: 19-cv-25244-GAYLES/OTAZO-REYES

| | |
|---|---|
| Philip M. Gerson, Esq.<br>pgerson@gslawusa.com<br>Nicholas I. Gerson, Esq.<br>ngerson@gslawusa.com<br>Edward S. Schwartz, Esq.<br>eschwartz@gslawusa.com<br>David L. Markel, Esq.<br>dmarkel@gslawusa.com<br>GERSON & SCHWARTZ, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone: 305-371-6000<br>Facsimile: 305-371-5749<br>*Counsel for Plaintiff* | Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>Jacob M. Foreman, Esq.<br>jmforeman@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555/ Fax: 305-374-9077<br>*Counsel for Defendant* |